IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>SHANNON TAMISHA HARRIS,<br><br>      Debtor. | CASE NO. 15-67558-lrc<br><br>CHAPTER:  13<br><br>JUDGE:  LISA RITCHEY CRAIG |
| U.S. BANK TRUST NATIONAL<br>ASSOCIATION, AS TRUSTEE OF THE SCIG<br>SERIES III TRUST as transferee from U.S.<br>BANK NATIONAL ASSOCIATION, NOT IN<br>ITS INDIVIDUAL CAPACITY BUT SOLELY<br>AS TRUSTEE FOR THE RMAC TRUST,<br>SERIES 2016-CTT,<br><br>      Movant,<br>v.<br><br>SHANNON TAMISHA HARRIS, Debtor<br>MELISSA J. DAVEY, Trustee,<br><br>      Respondent(s). | CONTESTED MATTER |

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (#53)

COMES NOW Movant, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the

Federal Rules of Civil Procedure, hereby withdraws its Motion for Relief from the Automatic

Stay, without prejudice.

/s/ Brian K. Jordan
Brian K. Jordan, Bar No.: 113008
Aldridge Pite, LLP
Fifteen Piedmont Center  3575 Piedmont
Road, N.E., Suite 500  Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: bjordan@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                          Case No. 15-67558-LRC

SHANNON TAMISHA HARRIS,                          Chapter 13

         Debtor.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the September 24, 2018, I served a copy of **Notice of Withdrawal of Motion for Relief from the Automatic Stay** which was filed in this bankruptcy matter on the September 24, 2018, in the manner indicated:

**The following parties have been served via e-mail**:

Danielle J. Eliot                               Melissa J. Davey
danielle@djelawfirm.com                         mail@13trusteeatlanta.com

**The following parties have been served via U.S. First Class Mail**:

Shannon Tamisha Harris
185 Bridges Way
Covington, GA 30016

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: September 24, 2018        /s/ *Brian K. Jordan*
                                Brian K. Jordan, Bar No.: 113008
                                Attorney for Movant
                                Aldridge Pite, LLP
                                Fifteen Piedmont Center
                                3575 Piedmont Road, N.E., Suite 500
                                Atlanta, GA 30305
                                Phone: (404) 994-7400
                                Fax: (619) 590-1385
                                Email: bjordan@aldridgepite.com